SO ORDERED.
The Clerk of Court shall close this case.

_/s/ Esther Salas_
Hon. Esther Salas, U.S.D.J.
Dated: December 5, 2019

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPECIALTY RX, INC. and BERZKUP NJ REALTY, LIMITED LIABILITY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRAVELERS INSURANCE COMPANIES and THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendants. | Civil Action No.: 2:18-cv-17629 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The claims asserted by and between Plaintiffs, Specialty Rx, Inc. and Berzkup Realty, Limited Liability Company and Defendant, The Travelers Indemnity Company (improperly pled to include The Travelers Insurance Companies) ("Travelers"), in the action entitled *Specialty Rx, Inc. and Berzkup Realty, Limited Liability Company v. The Travelers Insurance Companies (improperly pled to include The Travelers Insurance Companies)*, bearing Civil Action No. 2:18-cv-17629, having been amicably resolved by and between the parties;

**IT IS HEREBY STIPULATED AND AGREED** that all claims asserted by and between Plaintiffs and Travelers are hereby dismissed with prejudice and without costs against any party.

Dated: November 27, 2019

**JACOBWITZ, NEWMAN TVERSKY, LLP**

By: _/s/ Abraham S. Beinhorn_
ABRAHAM S. BEINHORN, ESQ.
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
(516)545-0343
*Attorney for Plaintiffs*

**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**

By: _/s/ Rachel R. Hager_
RACHEL R. HAGER, ESQ.
67 East Park Place – Suite 901
Morristown, New Jersey 07960
(973) 343-4974
*Attorneys for Defendant*